IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00468–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROYBAL WHITEMAN,

    Defendant.

---

### ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

It is **ORDERED** that this case is hereby set for a four-day trial to a jury in Durango, Colorado commencing at **9:30 o'clock a.m.** on

## March 10, 2008.

1.    The court will hold a trial preparation conference commencing at 9:00 o'clock a.m. on February 29, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2.    In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 14th day of February, 2008.

BY THE COURT:


s/ EDWARD W. NOTTINGHAM
EDWARD W. NOTTINGHAM
Chief United States District Judge