IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:07-cr-00468-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ROYBAL WHITEMAN,

      Defendant.

---

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

UPON THE COURT'S CONSIDERATION of the Government's Motion to Disclose Grand Jury Transcripts to the Defendant,

**IT IS HEREBY ORDERED** that pursuant to Rule 6(e)(3)(E)(i) Federal Rules of Criminal Procedure, copies of the transcripts of testimony given by witnesses John Wallace and Lupe Hight before the Grand Jury be provided to the Defendant and his counsel on the condition that any copies of the transcript be retained in the personal custody or office of Counsel for the Defendant.

DONE this 15th day of February, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief Unites States District Judge